FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3038-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| EVARISTO BELTRAN-ZAMUDIO (T/N), ) aka Hector Beltran-Zamudio (1) ) JOEL GUADALUPE CARDENAS-COTA (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about October 23, 2007, within the Southern District of California, defendants EVARISTO BELTRAN-ZAMUDIO, aka Hector Beltran-Zamudio and JOEL GUADALUPE CARDENAS-COTA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Gerardo Cabrera-Cortez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: November 8, 2007.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
11/8/07