AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL GUADALUPE CARDENAS-COTA | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07CR3038-JLS |

I, JOEL GUADALUPE CARDENAS-COTA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11-8-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Joel Cardenas Cota_
Defendant

_UK Boyce_
Defense Counsel

Before _____
Judicial Officer

FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY